NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SANDRA MICHELLE JACKSON,            )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-360
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed September 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

Sandra Michelle Jackson, pro se.

PER CURIAM.

            Affirmed.

CASANUEVA, MORRIS, and LUCAS, JJ., Concur.